Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jessica C. Covington (SBN 301816)
jcovington@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Luxottica Group S.p.A.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUXOTTICA GROUP, S.p.A., an Italian Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FY EYE OPTOMETRY CENTER, INC., a California Corporation; SOL REGWAN, an individual; TRIUMPH OPTICAL, LLC, a California Limited Liability Company; MICHAEL KOSMAN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-2459-PA (JEMx)<br><br>**ORDER GRANTING PERMANENT INJUNCTION AND DISMISSAL OF CLAIMS AGAINST DEFENDANTS TRIUMPH OPTICAL, LLC AND MICHAL KOSMAN WITH PREJUDICE**<br><br>**Hon. Percy Anderson** |

WHEREAS, Plaintiff Luxottica Group S.p.A. ("Luxottica" or "Plaintiff") having filed a Complaint in this action charging Defendants Triumph Optical and Michael Kosman (hereinafter collectively, "Defendants") with Trademark Infringement and False Designations of Origin under the Lanham Act, as well as Trademark Infringement, and Unfair Competition under the common law of the state of California arising from Defendants' alleged illegal importation, distribution, offering for sale, and/or sale of products bearing counterfeit reproductions of the Ray-Ban Marks (defined below).

WHEREAS, the parties hereto desiring to fully settle all of the claims between them; and

WHEREAS, the parties herein have simultaneously entered into a confidential Settlement Agreement and Mutual Release,

WHEREAS Defendants have agreed to the below terms of a permanent injunction, IT IS HEREBY ORDERED that:

1. Luxottica is the owner of various Ray-Ban trademarks (collectively, the "Ray-Ban Marks"), including but not limited the following United States Trademark Registrations:

| Trademark | Registration No. | Good And Services |
|---|---|---|
| *Ray-Ban* | 650,499 | sunglasses, shooting glasses, and ophthalmic lenses, in class 26. |
| | 1,093,658 | ophthalmic products and accessories – namely, sunglasses; eyeglasses; spectacles; lenses and frames for sunglasses, eyeglasses, spectacles and goggles; and cases and other protective covers for sunglasses, eyeglasses, spectacles in class 9. |
| | 1,726,955 | bags; namely, tote, duffle and all-purpose sports bags, in class 18. |
| | | cloths for cleaning ophthalmic products, in class 21. |
| | | clothing and headgear; namely, hats, in class 25. |
| RAY-BAN | 1,080,886 | ophthalmic products and accessories – namely, sunglasses; eyeglasses; spectacles; lenses and frames for sunglasses, eyeglasses, spectacles – in class 9. |
| | 1,490,305 | clothing, namely, t-shirts, in class 25. |
| | 2,718,485 | goods made of leather and imitation leather, namely, wallets, card cases for business cards, calling cards, name cards and credit cards in class 18. |
| | | clothing for men and women, namely, polo |

| | | shirts; headgear, namely, berets and caps. |
|---|---|---|
| [Ray-Ban circular logo] | 1,320,460 | sunglasses and carrying cases there for, in class 9. |
| [Ray-Ban red rectangular logo] | 3,522,603 | sunglasses, eyeglasses, lenses for eyeglasses, eyeglasses frames, cases for eyeglasses, in class 9. |

2. Defendants shall immediately and permanently cease the manufacture, purchase, production, distribution, circulation, sale, offering for sale, importation, exportation, advertising, promotion, display, shipment, marketing or incorporation in advertising or marketing eyewear bearing counterfeit reproductions of the Ray-Ban Marks ("Counterfeit Products") and/or products bearing marks substantially indistinguishable and/or confusingly similar to the Ray-Ban Marks.

3. Defendants shall not deliver, hold for sale, transfer or otherwise move, store or dispose in any manner products, advertisements, and/or marketing materials bearing the Counterfeit Products and/or eyewear bearing marks substantially indistinguishable and/or confusingly similar to the Ray-Ban Marks.

4. Defendants shall not knowingly assist, aid or attempt to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 2 or 3 above.

5. This Court has jurisdiction over the parties herein and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

6. The execution of this stipulation shall serve to bind and obligate the parties hereto. However, dismissal with prejudice of Defendants shall not have preclusive effect on any other parties, actual or potential, who are not specifically and expressly released herein or in the parties' confidential settlement agreement, all claims against whom Plaintiff expressly reserves.

7. Plaintiff and Defendants shall bear their own costs and attorneys' fees

associated with this action.

8. Except as otherwise provided herein, this action is fully resolved and dismissed with prejudice.

Dated: May 1, 2019          By: _____
                            Hon. Percy Anderson
                            **United States District Judge**